HELEN HUBERT, Respondent, v. OTTO F. LOTZ, Appellant.— In an action to recover moneys loaned by plaintiff to defendant, and not repaid on demand, order granting plaintiff's motion for summary judgment and judgment entered thereon, reversed on the law and the facts, with $10 costs and disbursements, and the motion denied, without costs. The evidentiary facts set forth by plaintiff are insufficient to warrant summary judgment. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

In the Matter of the Probate of the Will of COSTAS APOSTALOU, Deceased. SIDNEY O. SIMONSON, Appellant; MARY NICHOLAS, Respondent.— In a contested probate proceeding, proponent appeals from a decree of the Surrogate's Court, Richmond County, denying probate, entered on a verdict that the propounded will was executed as the result of fraud and undue influence. Decree reversed on the law, with costs to proponent, payable out of the estate, and matter remitted to the Surrogate's Court for entry of a decree admitting the will to probate. The evidence is insufficient to present a question of fact as to whether the will was executed as the result of fraud or undue influence. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.

CITY OF NEW ROCHELLE, Respondent, v. MORGAN H. SEACORD, Appellant.— In an action under title 3 of article VII-A of the Tax Law, for the foreclosure of tax liens, order of the County Court of Westchester County, granting plaintiff's motion for partial summary judgment, and judgment entered thereon, insofar as appealed from, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 281 App. Div. 698.]